# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

JERYL R. SETTLE )
(full name)          (Register No). )
519 N. GRAND AVE. )
Houston, mo. 65483 )
                                )
        Plaintiff(s). )
                                )
v.                              )  **09-3326-CV-S-DGK-P**
                                )  Case No.
                                )
                                )
DOUGLAS D. GASTON )
(Full name) )
519 N. GRAND AVE. )
Houston, mo. 65483 )
        Defendant(s). )

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.   Place of present confinement of plaintiff(s): TEXAS County JAIL
     519 N. GRAND AVE. 65483

II.  Parties to this civil action:
     Please give your commitment name and any another name(s) you have used while
     incarcerated.

     A. Plaintiff JERYL R. SETTLE Register No. ?
        Address TEXAS COUNTY JAIL        519 N.
        GRAND AVE.  65483

     B. Defendant DOUGLAS D. GASTON
        DISTRICT COURT TEXAS CO. JUSTICE CENTER
        Is employed as JUDGE    TEXAS CO.  HOUSTON, MO.
        65483      519 N. GRAND AVE.

     For additional plaintiffs or defendants, provide above information in same format on a
separate page.

1

III. Do your claims involve medical treatment?    Yes _____    No _X_ ⸺

IV. Do you request a jury trial?    Yes _X_    No _____

V. Do you request money damages?    Yes _X_    No _____

State the amount claimed?    $ _50,000_ / _50,000_ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes _____   No _X_

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
    Yes _____   No _X_

B. Have the claims in this case been presented through an administrative or grievance
procedure within the institution?    Yes _____   No _X_

C. If a grievance was filed, state the date your claims were presented, how they were
presented, and the result of that procedure. (Attach a copy of the final result.)
_____ N / A _____
_____
_____

D. If you have not filed a grievance, state the reasons.
_____ N / A _____
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts
involved in this case?    Yes _____   No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or
treatment while incarcerated?    Yes _____   No _X_

C. If your answer is "Yes," to either of the above questions, provide the following
information for each case.

(1) Style: _____ N / A _____
         (Plaintiff)              (Defendant)
(2) Date filed: _____ N / A _____

2

(3) Court where filed: _N / A_

(4) Case Number and citation: _N / A_

(5) Basic claim made: _N / A_

(6) Date of disposition: _N / A_

(7) Disposition: _N / A_
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _N / A_
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.  Statement of claim:

A.  State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

_SEE Seperate Sheet supplied_

B.  State briefly your legal theory or cite appropriate authority:

_SEE seperate sheet supplied._

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

_Sue for violation of rights. Loss of property etc. + pain and suffering et cetra ext._

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _N/A_

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?     Yes___ No _X_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_I have yet to Recieve information on lawyers Etc. and would write them soon._

C. Have you previously had a lawyer representing you in a civil action in this court?
     Yes _____   No _X_

If your answer is "Yes," state the name and address of the lawyer.
_N/A_

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _19th_ day of _September_ 2009.

_Jeryl R Settles_
Signature(s) of Plaintiff(s)

_519 North Grand Ave._
_Aurora Mo, 65787_

4

State of Claim IX A+B

Case #'s: 08X1-CR0085 + 09X1-CR007
File Nos: 215000309 + 215 000345

I, Jerry R. Settles, as a defendant have been denied the right to due process, equal protection from cruel & unusual punishment, effective existence of counsel as guarenteed me by the 5th, 6th, 8th + 14th ammendments to the United States constitution and the Missouri Constitution – Article 1 Sections 2, 10, 18(a) and 21. Judge Doug Doston has not recognized this. I need to file Civil Right act 42 U.S.C. 1983, a law need information on Informes Proper Illegal 35A Civil complaint and Liberal Pleadings + case cites on "3 signature Notary".

I am trying to sue for Damages – Pain + suffering, Illegal procedure, setting bail to high to make and wrongful use of Judicial Power on my cases.

Here are the reasons why: arrested on cases Jan. 2nd 2008. First court date, arraignment, bond reduction, cases & charges read to me. Bond was already $40,000.00. (Different Judge picked to retire.) Had public defender (John Williams). He told them I had a house for bail. Prosecutor stated he wanted to make sure I showed up for court and asked for a $15,000.00 cash bond. There is no way I could have made that type of bond. I am single + paying for everything myself. Judge Doston grants this bail.

This is a travesty of the law.

I also think I'll have to go back on my psychotropic drugs that I have been off of for 10 yrs. Copies of this and all grievances & correspondence will be forwarded to: Attorney General, Governor J. Nixon, United States District Court and council & commission on Discipline of Judges.

This concludes my complaint.

Thank you,

Jerry R. Settles

P.S. The amount I am trying to sue for won't even make up for my losses.

JERRYL R. SETTLES
519 N. GRAND AVE.
Houston, mo.

65983

09-3326-CV-S-DGK-P

RECEIVED
09 AUG 31 PM 12: 57
CLERK U.S. DISTRICT COURT
WESTERN DIST. OF MO.
KANSAS CITY, MO.

28 AUG
PM
SPRI

42
USA

United States District Court
Western District of Missouri
DTW: Ann Thomeson
KANSAS City, missouri

6/4/06

TEXAS COUNTY JAIL